<s>Skip</s>
Sunday, December 11, 2022 at 08:07:37 Eastern Standard Time

| | |
|---|---|
| **Subject:** | Rochist Family |
| **Date:** | Sunday, December 11, 2022 at 8:05:33 AM Eastern Standard Time |
| **From:** | Joaquin Mendez |
| **To:** | Joaquin Mendez |
| **Attachments:** | 25868407-ea42-47b2-96df-d8a5af931364.JPG |



